### 19648. SEARCY *v.* THE STATE.

LUKE, J. Upon conflicting evidence the jury, as they had the right to be, were convinced that the defendant was guilty. The trial judge, in the exercise of his discretion, has given his approval of the conviction by overruling the motion for a new trial; and the motion being based only on the usual general grounds, this court can not interfere.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J. concur.*

DECIDED MAY 14, 1929.

*Thomas E. Latimer, H. B. Moss,* for plaintiff in error.
*George D. Anderson, solicitor-general,* contra.